UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTA RAFAEL DUNCAN, | No.  2:24-cv-02276-DC-CKD |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| OSTERKAMP TRUCKING, INC., et al., | (ECF Nos. 10, 23, 29) |
| Defendants. | |

Defendants' motion to dismiss and strike (ECF No. 10) was referred to the undersigned for findings and recommendations. (ECF No. 22.)  On January 30, 2026, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 23.)  Plaintiff has filed objections. (ECF No. 27.)  In her objections, Plaintiff reiterates the arguments she made in opposition to Defendants' motion, arguments that the magistrate judge thoroughly and correctly addressed in the findings and recommendations.  Thus, the court does not find Plaintiff's objections provide a basis on which to reject the findings and recommendations.

In accordance with 28 U.S.C. § 636(b)(1)(C), this court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis.  The court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

1

Accordingly, IT IS HEREBY ORDERED that:

1.   The findings and recommendations issued on January 30, 2026 (ECF No. 23) are ADOPTED in full;

2.   Defendants' motion to dismiss (ECF No. 10) is GRANTED, with leave to amend;

3.   The second amended complaint (ECF No. 28) that Plaintiff filed on March 2, 2026, while the findings and recommendations were pending, is hereby the operative complaint;

4.   Defendants shall file their respective responses to the second amended complaint within twenty-one (21) days from the date of entry of this order;

5.   Defendants' request for clarification regarding their deadline to respond to the operative complaint (Doc. No. 29) is hereby DENIED as having been rendered moot by this order; and

6.   The parties shall file a joint status report regarding scheduling (*see* Doc. No. 15), by no later than May 29, 2026.

IT IS SO ORDERED.

Dated:    **March 25, 2026**

Dena Coggins
United States District Judge

2